UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>  Plaintiff,<br><br>v.<br><br>THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No.: 20-CV-1490 TWR (AGS)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**<br><br>(ECF No. 9) |

Presently before the Court is Plaintiff Aaron Raiser's *Ex Parte* Application for Order Allowing Extension of Time to Serve Summons, Complaint ("*Ex Parte* App.," ECF No. 9), which was accepted on discrepancy because, as of the date of this Order, the docket reflects neither that Plaintiff has paid the filing fee nor that a summons has been issued. (*See* ECF No. 8.) The Court therefore **DENIES WITHOUT PREJUDICE** Plaintiff's *Ex*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Parte* Application, which Plaintiff **MAY RENEW** after he has paid the filing fee and a summons has been issued.

  **IT IS SO ORDERED.**

Dated:  October 30, 2020

_____
Honorable Todd W. Robinson
United States District Court